UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
MICHELLE TIERNEY,                    :
                                     :    Civil Action No. 08-1918 (SDW)
            Petitioner,              :
                                     :
        v.                           :    ORDER
                                     :
MICHELLE RICCI, et al,               :
                                     :
            Respondents.             :
```

**WIGENTON**, District Judge

This matter is before the Court on Petitioner's Motion [5] for Reconsideration of this Court's Order [4] denying Petitioner's application for leave to proceed in forma pauperis, familiarity with which is presumed.

Petitioner requests reconsideration on the ground that her institutional account balance in excess of $200 was an unusual event resulting from gifts from family to enable her to replace personal property lost during a transfer.

Local Civil Rule 7.1(i) governs motions for reconsideration. See Bowers v. National Collegiate Athletic Ass'n, 130 F.Supp.2d 610, 612 (D.N.J. 2001).  The standard for reargument is high and reconsideration is to be granted only sparingly.  See United States v. Jones, 158 F.R.D. 309, 314 (D.N.J. 1994); NL Industries, Inc. v. Commercial Union Insurance, 935 F. Supp. 513, 515 (D.N.J. 1996).

Ordinarily, a motion for reconsideration may address only those matters of fact or issues of law which were presented to, but not considered by, the court in the course of making the decision at issue.  See SPIRG v. Monsanto Co., 727 F. Supp. 876, 878 (D.N.J.), aff'd, 891 F.2d 283 (3d Cir. 1989).

The facts which Petitioner alleges in her Motion for reconsideration do not provide a basis for this Court to alter its prior Order.  The fact that the balance in excess of $200 was a result of gifts does not overcome the mandatory nature of Local Civil Rule 81.2(c).  In addition, the Court notes that Petitioner has paid the filing fee.

Therefore, for the reasons expressed above,

IT IS on this 6th. day of JUNE , 2008,

ORDERED that Petitioner's Motion for Reconsideration is DENIED.

                                             /s/ Susan D. Wigenton
                                            United States District Judge